JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| FRED PACIOCCO, an individual; and SANDRA PACIOCCO, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> ATLAS VAN LINES, INC., a corporation; ACE RELOCATION SYSTEMS, INC., a corporation; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.: 5:22-cv-01900 AB (JCx) <br><br> [PROPOSED] ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE |

//

//

//

The Court, having reviewed the parties' Stipulation for Dismissal with Prejudice, and for good cause showing, **GRANTS** the Stipulation. Plaintiff's

1

complaint against Defendants Atlas Van Lines, Inc. and ACE Relocation Systems, Inc., including all causes of action alleged therein, is hereby **DISMISSED WITH PREJUDICE.** All parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: November 10, 2022

By: _____
Hon. André Birotte Jr.
United States District Court Judge